UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.M.S., <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK,[1] Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:23-cv-10328-SHK <br><br><br> JUDGMENT |

It is the judgment of this Court that the Social Security Commissioner's decision is **AFFIRMED**, and this case is **DISMISSED**, consistent with this Court's Opinion and Order.

DATED: 02/24/2025

HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge

---

[1] Leland Dudek was named the Acting Commissioner of Social Security. Under Federal Rule of Civil Procedure 25(d), she is automatically substituted as the Defendant in this suit.